■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOLANDA CREIGHTON, Appellant. [628 NYS2d 495] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered August 4, 1993, convicting her of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in denying a challenge for cause of a prospective juror. The record of the *voir dire* reveals that this juror did not possess a state of mind which would have precluded the defendant from receiving a fair trial *(see, People v Williams,* 63 NY2d 882; *People v Torpey,* 63 NY2d 361; *People v Pagan,* 191 AD2d 651).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Joy, Friedmann and Florio, JJ., concur.